# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>RASHARD JOHNSON | Hon. Jose L. Linares<br><br>Crim. No. 16-CR-181 (JLL) |

## ORDER REGARDING CALCULATION OF SENTENCE OF IMPRISONMENT

This matter having come before the Court on the application of Defendant Rashard Johnson (Dkt. no. 330) regarding the calculation of the 37-month sentence of imprisonment imposed on Defendant in this matter on April 10, 2018 (as amended April 20, 2018); and the Defendant being represented by Henry Klingeman, Esq. and Kristen Santillo, Esq.; and the United States being represented by United States Attorney Craig Carpenito (through Assistant United States Attorney Jonathan M. Peck); and the parties having met and conferred regarding the calculation of Defendant's sentence and consented to the entry of this Order; and for good and sufficient cause shown,

It is on this _13th_ day of November 2018, **ORDERED** that:

Pursuant to U.S. Sentencing Guidelines § 5G1.3(d), the 37-month term of incarceration imposed on Defendant in this matter shall be calculated to give Defendant credit for time served for sentences imposed in 12-CR-806 (KSH) and/or 16-CR-216 (KSH) and allow Johnson to be released on May 2, 2020 from all three judgments, minus any good time credit disallowed by the Bureau of Prisons.

HONORABLE JOSE L. LINARES
Chief United States District Judge